379 A.2d 584

Commonwealth v. Dixon, Appellant.

596

Submitted June 22, 1976. Stephen H. Serota, for appellant; Legrome Derek Davis, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.